PD-1505-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/21/2015 11:13:50 AM
Accepted 4/21/2015 11:18:38 AM
ABEL ACOSTA
CLERK



# State Counsel for Offenders

A Division of Texas Department of Criminal Justice

P.O. Box 4005
Huntsville, TX 77342-4005
(936) 437-5203

April 21, 2015

Abel Acosta
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78701
**VIA E-File**

*RE:* *David Schlittler v. The State of Texas*
*CCA Cause No: PD-1505-14*
*Trial Cause No: 30390*

Dear Mr. Acosta:

This letter is to advise the Court that I will present oral argument on behalf of the Appellant in the above-described appeal on May 20, 2015 at 9:00 a.m.

Respectfully,

/s/ Kenneth Nash
Kenneth Nash
Attorney for Appellant
State Counsel for Offenders
ken.nash@tdcj.texas.gov

cc:  Melinda Fletcher
     Attorney for the State